UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION_____/ | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTGRATE JUDGE BRUCE REINHART |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMANDED** |

Melissa Taylor
(Plaintiff Name(s))

### SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below.  Plaintiff(s) incorporate(s) by referenced the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re:  Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla).  Plaintiff(S) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case.  Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

           **I.**       **PARTIES, JURISDICTION, AND VENUE**

    **A.**      **PLAINTIFF(S)**

1. Plaintiff(s) Melissa Taylor, ("Plaintiff(s)") brings this action (check the applicable designation):

      X      On behalf of [himself/herself];

      ☐      In representative capacity as the Administrators, on behalf of the injured party, (Injured Party's Name).

2. Injured Party is currently a resident and citizen of Covington, Kentucky and claims damages as set forth below.

-OR-

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium: N/A

3. ("Consortium Plaintiff") alleges damages for loss of consortium: N/A.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff a citizens and resident of: N/A.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in: N/A.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    a. **Brand Manufacturers:**

    b. **Generic Manufacturers:**

        a. **Amneal Pharmaceuticals of New York LLC (All Amneal Defendants as referenced in the MPIC)**
        b. **Glenmark (All Glenmark Defendants as referenced in the MPIC)**

    c. **Distributors:**

    d. **Retailers:**

        a. **Walgreen Co. (All Walgreen Defendants as referenced in the MPIC)**

    e. **Repackagers:**

### f. Others Not Named in the MPIC:

### C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their action was removed]:

   Eastern District of Kentucky, at Covington

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   X   By prescription

   ___  Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) October of 2013 to November of 2015.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, *[he/she]* was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRIAN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ X | COLORECTAL CANCER | 2017 |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |

| | | |
|---|---|---|
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: NEUROENDOCRINE CARCINOMA OF APPENDIX | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereafter adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☐ X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☐ X | II | STRICT PRODUCTS LIABLITY – DESIGN DEFECT |
| ☐ X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| ☐ X | IV | NEGLIGENCE – FAILURE TO WARN |
| ☐ X | V | NEGLIGENT PRODUCT DESIGN |
| ☐ X | VI | NEGLIGENT MANUFACTURING |
| ☐ X | VII | GENERAL NEGLIGENCE |
| ☐ X | VIII | NEGLIGENT MISREPRESENTATION |

| | | |
|---|---|---|
| ☐ X | IX | BREACH OF EXPRESS WARRANTIES |
| ☐ X | X | BREACH OF IMPLIED WARRANTIES |
| ☐ X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statue below: KRS 367 et seq. |
| ☐ X | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ X | XVI | OTHER: KRS 411 et seq. |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

Kentucky has a specific products liability statute under KRS 411 et seq.

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,


*/s/ Gary F. Franke*_____
Gary F. Franke             (OH#0029793)
Michael D. O'Neill         (OH#0075195)
William M. Bristol         (OH#0074005)
GARY F. FRANKE CO., L.P.A.
Attorneys for Melissa Taylor
120 East 4th Street - Suite 1040
Cincinnati, Ohio  45202
(513) 564-9222
Fax (513) 564-9990
mdo@garyfrankelaw.com
wmb@garyfrankelaw.com



*/s/ C. David Ewing*_____
C. David Ewing             (KY#81580)
Ewing & Willis, PLLC
Attorney for Melissa Taylor
6009 Brownsboro Park Blvd., Ste. B
Louisville, KY 40207
Tel:   (502) 585-5800
Fax:  (502) 585-5858
huntingcreek@twc.com